**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| DEVONTA NOWDEN, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> LASALLE CORRECTIONS, ET AL., § <br> § <br> Defendants. § | CIVIL ACTION NO.  5:19-CV-00021-RWS-CMC |

**ORDER**

Plaintiff Devonta Nowden, a former inmate of the Bowie County Correctional Center proceeding *pro se*, filed this civil rights lawsuit under 42 U.S.C. § 1983 complaining of alleged violations of his constitutional rights. This Court referred the case to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

Plaintiff sued a fellow inmate named Donta Carson and LaSalle Corrections, the private corporation which operates the Bowie County Jail.  The Magistrate Judge ordered Plaintiff to pay the statutory filing fee or submit a proper application for leave to proceed *in forma pauperis*. Plaintiff received a copy of this order but did not comply.

After review of the pleadings and records, the Magistrate Judge issued a Report recommending the lawsuit be dismissed without prejudice for failure to state a claim upon which relief may be granted and, alternatively, for failure to prosecute or to obey an order of the Court (Docket No. 5).  A copy of this Report was sent to Plaintiff at his last known address, return receipt requested, but no objections have been received.   The on-line records of Bowie County show Plaintiff was released from the jail on March 3, 2020; to date, he has not provided a current mailing address or contacted the Court in any way.   The lawsuit form filed by Plaintiff contains a declaration acknowledging that  Plaintiff understands it is his responsibility to keep the Court

informed of his current mailing address. Docket No. 1 at 6.

Because no objections to the Magistrate Judge's Report have been filed, Plaintiff is not entitled to *de novo* review by the District Judge of those findings, conclusions and recommendations, and except upon grounds of plain error, he is barred from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. 28 U.S.C. § 636(b)(1)(C); *Douglass v. United Servs. Auto. Assoc.*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc). Nonetheless, the Court has reviewed the pleadings in this cause and the Report of the Magistrate Judge and agrees with it. *See United States v. Raddatz*, 447 U.S. 667, 683 (1980) ("[T]he statute permits the district court to give to the magistrate's proposed findings of fact and recommendations 'such weight as [their] merit commands and the sound discretion of the judge warrants, . . .' ") (quoting *Mathews v. Weber*, 23 U.S. 261, 275 (1976)). It is therefore

**ORDERED** that the Magistrate Judge's Report (Docket No. 5) is **ADOPTED** as the opinion of this Court and the above-styled civil action is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief may be granted and, alternatively, failure to prosecute or to obey an order of the Court.

**So ORDERED and SIGNED this 21st day of September, 2020.**

*[signature: Robert W. Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE